John J. BREEN, Appellant,

v.

The STATE of Texas, Appellee.

No. 27682.

Court of Criminal Appeals of Texas.

June 22, 1955.

R. W. RICHARDSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27672.

Court of Criminal Appeals of Texas.

June 22, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction commonly referred to as that of an habitual, Art. 63, P.C.—that is, three times convicted of a felony less than capital. Under the statute mentioned, the punishment assessed is confinement in the penitentiary for life.

The record is before us without a statement of facts or bills of exception.

No error appears of record.

The judgment is affirmed.